1 | Jeremy T. Bergstrom, Esq.                                         E-filed on <u>March 16, 2010</u>
Attorney Bar No. 6904
2 | MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
3 | Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
4 | File No. 10-90629

5 | Attorneys for Secured Creditor
UNIVERSAL MORTGAGE CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re, | BK No.: BK-S-10-12193-LBR |
|---|---|
| LUIS REY ERIVES, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

      PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, UNIVERSAL MORTGAGE CORPORATION, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

      Jeremy T. Bergstrom, Esq.
      MILES, BAUER, BERGSTROM & WINTERS, LLP
      2200 Paseo Verde Pkwy., Suite 250
      Henderson, NV  89052
      PH (702) 369-5960

                                MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: <u>    March 15, 2010    </u>    By:   <u>/s/ Jeremy T. Bergstrom, Esq.          </u>
                                           Jeremy T. Bergstrom, Esq.
                                           Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on  March 16, 2010 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Jorge L. Sanchez
Sanchez Law Group
900 S. Fourth St., Ste 100
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave. #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                           /s/ Sara L. Aslinger
                                        An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-90629/rfsnlv.dot/sla)**